Filing # 48448668 E-Filed 11/03/2016 10:31:29 AM

■ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>■CIVIL   ● OTHER<br>● DISTRICTS | CIVIL ACTION SUMMONS (b)<br>Form for Personal Service on a Natural Person | CASE NUMBER<br>2016-013896-CC-05 |
|---|---|---|
| PLAINTIFF(S)<br>MARCEL SEIDE | VS.  DEFENDANT(S)<br>CACH LLC | DATE 1/26/17  TIME 11:40 CLOCK IN<br><br>INITIAL CC  BADGE# 1487 |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): CACH LLC, via registered agent, CT Corporation System | Address: 1200 S. PINE ISLAND ROAD PLANTATION. FL 33324 |
|---|---|

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

### MIAMI-DADE COUNTY COURT LOCATIONS

| ☐ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ● Martin Luther King Office (20)<br>2525 N.W. 62nd Street<br>Room 1200 A<br>Miami, FL 33147 | ● Hialeah District Court (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ● North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ● Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ● Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ● South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICE |

| Plaintiff/Plaintiff Attorney Seth Wieder<br><br>Florida Bar No. 91704 | Address: Loan Lawyers, LLC.,<br>2150 S. Andrews Ave, Second Floor,<br>Fort Lauderdale, FL 33316 | |
|---|---|---|
| **CLERK OF COURTS**<br>**HARVEY RUVIN** | Natalie makes ~ 308631<br><br>DEPUTY CLERK | DATE ON:<br><br>11/9/2016 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

Filing # 44834984 E-Filed 08/04/2016 02:22:01 PM

IN THE COUNTY COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CASE NO.:

MARCEL SEIDE,

        Plaintiff,

vs.

CACH LLC,

        Defendant.

_____/

## COMPLAINT

    **COMES NOW**, the Plaintiff, MARCEL SEIDE ["Plaintiff"], by and through undersigned counsel, and brings this action against the Defendant CACH, LLC ["CACH"] MARCEL SEIDE, and as grounds thereof would allege as follows:

### JURISDICTION

    1.    This is an action for damages that are more than $5,000.00 but less than $15,000.00, exclusive of attorney's fees, pre-judgment interest and costs. This action is brought by a consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., ("FDCPA"). The FDCPA prevents debt collectors from engaging in abusive, deceptive, and unfair collection practices.

    2.    Personal jurisdiction is proper pursuant to the Florida Long-Arm Jurisdiction Statute through the causation of injury in this state caused by acts or omissions outside the state.

    3.    Venue is proper in this court because Plaintiff is and was a resident of MIAMI DADE County, Florida, and the actions that are the subject of this action accrued in MIAMI DADE County, Florida.

    4.    This Court has jurisdiction pursuant to Florida Statute §34.01, 15 U.S.C. §1692(k)(d).

    5.    All conditions precedent to this action have occurred.

*FD-3525*

## PARTIES

6.      At all times material hereto, Defendant was and is a foreign corporation and lists its registered agent as CT Corporation System at 1200 S. Pine Island Road, Plantation, FL 33324.

7.      At all times material hereto, Defendant regularly collects or attempts to collect debts for other parties and is a "debt collector" as said term is defined under 15 U.S.C. §1692a(6).

8.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

9.      At all times material hereto, Plaintiff, was and is a natural persons, and is a "consumer" as that term is defined by 15 U.S.C. §1692(a)(3) and/or a person with standing to bring a claim under the FDCPA by virtue of being directly affected by violations of the Act.

10.     At all times material hereto, the alleged debt in question was a "debt" as said term is defined under 15 U.S.C. §1692a(5).

## BACKGROUND AND GENERAL ALLEGATIONS

11.     On or about October 15, 2015, Defendant, by and through its agent, Scherr & McClure, P.A., acting within the scope of their agency, subject to the control of Defendant and for the benefit of Defendant mailed to Plaintiff a letter, hereafter referred to as "the Letter". A true and correct copy of same is attached and incorporated herein as Exhibit "A".

12.     In the Letter, Defendant, by and through its agent sought to recover for an alleged debt.

13.     Plaintiff does not owe to Defendant the alleged-debt sought by Defendant in the Letter.

14.     While this Court has adjudicated cases where members of the public deny that "debt purchasers" such as Defendant have purchased debts but do not deny the underlying debt, this is not such a matter.

15.     Plaintiff denies ever having authorized the creation of the alleged HSBC Bank Nevada account referenced in the Letter. Plaintiff denies ever having used the account at all, if it in fact existed and denies ever having authorized another to use the account, if it existed. Plaintiff was the victim of identity theft in the past and believes that if this account actually existed, it was not opened or utilized by him.

FD-3525

16.      Plaintiff denies owing the alleged debt referenced in the Letter to Defendant to Defendant, to HSBC Bank Nevada, N.A. and to any other entity.

### COUNT I-VIOLATION OF FDCPA: 15 U.S.C. §1692e

17.      Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 16.

18.      Defendant, through its agents, representatives and/or employees acting within the scope of their authority, has violated the FDCPA in that Defendant has made a false representation as to the character, amount, or legal status of a debt in contravention of 15 U.S.C. §1692e(2)(a), which states in part that:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> (2) The false representation of --
>
> (A) the character, amount, or legal status of any debt;
>
> 15 U.S.C. §1692e(2)(a)

19.      Defendant, through its agents, representatives and/or employees acting within the scope of their authority, has also violated FDCPA in that Defendant has used false or deceptive means in an attempt to collect a debt in contravention of 15 U.S.C. §1692e(10), which states in part that:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> (10)The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.
>
> 15 U.S.C. §1692e(10)

20.      Plaintiff is not indebted to CACH, LLC for the sum alleged by Defendant in the Letter and in claiming that such a sum is due, Defendant has made a false representation and used deceptive means to attempt to collect a debt.

21.      Defendant has violated 15 U.S.C. §1692e(2)(a) and 15 U.S.C. §1692e(10) by making other false representations and using other deceptive means to attempt to collect a debt.

22.      Defendant's conduct is a violation of the FDCPA if it would be deceptive to the least-sophisticated consumer. Freire v. Aldridge Connors, LLP, 994 F. Supp. 2d 1284, 1289 and LeBlanc v. Unifund CCR Partners, 601 F.3d 1185 (11th Cir. 2010) which is generally accepted as the authority on the least-sophisticated consumer standard.

*FD-3525*

23.     The FDCPA is a strict liability statute and accordingly Defendant's conduct need not have been intentional, Defendant's conduct Defendant violated the FDCPA regardless its intentions. See LeBLanc at 1190.

24.     Defendant, through its agents, representatives and/or employees acting within the scope of their authority acted willfully and intentionally violated 15 U.S.C. §1692e(2)(a) and 15 U.S.C. §1692e(10).

25.     As a direct and proximate result of the violation of the FDCPA by Defendant, Plaintiff has been damaged. The damages of Plaintiff include but are not necessarily limited to mental pain and shock, suffering, aggravation, humiliation and embarrassment.

26.     Plaintiff has hired Loan Lawyers, LLC, to represent Plaintiff in this action and has agreed to pay a reasonable attorney's fee.

27.     Pursuant to 15 U.S.C. §1692k, Plaintiff is entitled to recover actual damages together with additional statutory damages up to $1,000.00, together with court costs and reasonable attorneys fees

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant for actual damages, statutory damages, along with costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

## DEMAND FOR JURY TRIAL

Plaintiff, CACH LLC, pursuant to Florida Rule of Civil Procedure 1.430 hereby demands a trial by jury of all issues so triable.

Dated this 4th day of August, 2016.

Respectfully Submitted,

/s/SETH WIEDER
SETH WIEDER, ESQ.
Florida Bar No. 91704
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave, Second Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786
seth@fight13.com

*FD-3525*

## SCHERR & McCLURE, P.A.
### ATTORNEYS AT LAW

HAROLD E. SCHERR (FL, GA, NY)
ALEX McCLURE (FL)

JOSEPH A. RANIERI IV (GA)
ROBIN HIRSCH (NY, NJ)

1064 GREENWOOD BLVD., SUITE 328
LAKE MARY, FLORIDA 32746

WWW.SCHERRMCCLURE.COM

PHONE: (407) 995-3000
TELEFAX: (407) 995-3100
TOLLFREE: (800) 858-8736

October 15, 2015

Marcel Seide

Miami, FL 33167

RE:     Original Creditor: HSBC Bank Nevada, N.A. & its Affiliates
        Current Creditor:  CACH, LLC
        Original Account Number:                1961
        Our Account Number:              4432
        Current Balance: $1,492.37

Dear Marcel Seide:

As you are aware, this office represents CACH, LLC, the current owner of the above-referenced account. This letter is to advise you that we have received your request for verification of the debt on your account. Having reviewed the business records pertaining to the above referenced account, we can substantiate the validity of the debt.  Furthermore, we have confirmed that the outstanding balance of $1,492.37 is past due.  Full payment of this amount is currently due.

For your records we are enclosing a copy of these business records.  Pursuant to the Fair Debt Collection Practices Act, we will continue with our collection efforts until payment in full is received, or a settlement has been reached with our office.  We encourage you to call our office today to resolve this matter.  You may reach us toll free at 1-800-858-8736 during normal business hours Monday through Friday.

If you have any questions regarding this notice or the debt validation process, please direct these inquiries to our VOD Coordinator at 1-800-858-8736.

**AT THIS TIME, NO ATTORNEY WITH THIS FIRM HAS PERSONALLY REVIEWED THE PARTICULAR CIRCUMSTANCES OF YOUR ACCOUNT.**

<u>**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS IS A COMMUNICATION FROM A DEBT COLLECTOR**</u>

Sincerely,

Scherr & McClure, P.A.

**EXHIBIT
A**

NEW YORK                              FLORIDA