**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **MARCEL SEIDE,** | : |
| | : **CASE NO: 1:17-cv-20633-RNS** |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : |
| **CACH, LLC,** | : |
| | : |
| **Defendant** | : |

**SUGGESTION OF BANKRUPTCY**

**PLEASE TAKE NOTICE** that on March 19, 2017 (the "**Petition Date**"), CACH, LLC the Defendant in the above-captioned case filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York, Case No. 17-10659 and jointly administered under In re SquareTwo Financial Services Corporation, et al., Case No. 17-10659.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 362, inter alia, the commencement or continuation of a judicial, administrative or other action or proceeding against Defendant that was or could have been commenced before the Petition Date, including this action, is stayed as of the Petition Date.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: /s/ Lauren M. Burnette
LAUREN M. BURNETTE, ESQUIRE

                                                        FL I.D. No. 120079  
                                                        450-106 State Road 13 N.  
                                                        Suite 326  
                                                        St. Johns, FL 32259  
                                                        (904) 201-9120  
                                                        lburnette@bn-lawyers.com  
                                                        Counsel for Defendant

Dated:  March 24, 2017

## CERTIFICATE OF SERVICE

I certify that on March 24, 2017, a copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N.
Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendant

Dated: March 24, 2017