

**BARRON & NEWBURGER, P.C.**

**Lauren M. Burnette**

Direct Dial: (904) 201-9120 | lburnette@bn-lawyers.com

*Licensed in Florida, Maryland, and Pennsylvania*

March 23, 2018

*Via CM/ECF*
Hon. Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave.
Room 12-3
Miami, FL 33128

Re:   *Marcel Seide v. CACH, LLC*
        Case No. 1:17-cv-20633-RNS

Dear Judge Scola:

In accordance with the Court's March 29, 2017 Order, I report that the United States Bankruptcy Court for the Southern District of New York issued a Final Decree and Order Closing Chapter 11 Cases (DE 648) on March 1, 2018. A copy of this Order was docketed in this matter on March 13, 2018 at DE 12-1.

          Respectfully,

          BARRON & NEWBURGER, P.C.

          */s/ Lauren M. Burnette*

          Lauren M. Burnette

LMB/s
Cc:   All counsel of record (via CM/ECF only)