IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:17-cv-20633-RNS

MARCEL SEIDE,

        Plaintiff

v.

CACH, LLC

        Defendant
_____/

## JOINT STATUS REPORT

In accordance with the Court's April 27, 2018 Order [DE 14], the parties, by their respective undersigned counsel, respectfully submit this Joint Status Report.

Having met and conferred regarding this case and the issues posed therein, the parties agree that the stay is due to be lifted. The parties further agree that in light of CACH's bankruptcy proceedings, this case should be dismissed with prejudice and with each party to bear its own fees and costs. As such, they respectfully request that this Honorable Court enter an Order lifting the stay, after which Plaintiff will file a request for dismissal of this case in accordance with Fed. R. Civ. P. 41(a)(10(A)(ii).

                              Respectfully submitted,

| | |
|---|---|
| *s/ Seth Wieder, Esq.* | *s/ Lauren M. Burnette* |
| SETH WIEDER | LAUREN M. BURNETTE |
| FL Bar No. 91704 | FL Bar No. 120079 |
| **LOAN LAWYERS, LLC** | **BARRON & NEWBURGER, P.C.** |
| 2150 S. Andrews Ave., Second Fl. | 450-106 S.R. 13 N., Suite 326 |
| Ft. Lauderdale, FL 33316 | St. Johns, FL 32259 |
| Tel: (954) 523-4357 | Tel.: (904) 201-9120 |

Fax: (954) 581-2786  Fax: (904) 212-2435
seth@fight13.com  lburnette@bn-lawyers.com
*Counsel for Plaintiff*  *Counsel for Defendant*

Dated: May 11, 2018

## **CERTIFICATE OF SERVICE**

I certify that on May 11, 2018, a true copy of the foregoing document was served on all counsel of record *via* CM/ECF.

                Respectfully submitted,

                **BARRON & NEWBURGER, P.C.**

By:  */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       FL I.D. No. 0120079
       450-106 State Road 13 N., Suite 326
       St. Johns, FL 32259
       Tel.: (904) 201-9120
       Fax: (904) 212-2435
       lburnette@bn-lawyers.com
       Counsel for Defendant

Dated:  May 11, 2018